1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN L. GARDUNO,

11              Petitioner,                          No. CIV S-11-0469 CKD P

12         vs.

13   MIKE D. MCDONALD,

14              Respondent.                          ORDER

15   _____/

16              Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus under 28 U.S.C. § 2254.  This action proceeds on the First Amended Petition filed

18   April 4, 2011.  (Dkt. No. 7.)  Respondent has filed an answer and petitioner has filed a traverse.

19   (Dkt. Nos. 14, 23.)  Pending is petitioner's January 3, 2012 motion for leave to file a Second

20   Amended Petition.  (Dkt. No. 27.)  Respondent has filed an opposition to the motion.  (Dkt. No.

21   30.)

22              Under Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend shall be

23   given freely when justice requires.  In deciding whether justice requires granting leave to amend,

24   factors to be considered include the presence or absence of undue delay, bad faith, dilatory

25   motive, repeated failure to cure deficiencies by previous amendments, undue prejudice to the

26   opposing party and futility of the proposed amendment.  Forman v. Davis, 371 U.S. 178, 182

1

1   (1962).

2        Here, the First Amended Petition challenging petitioner's 2009 conviction is fully

3   briefed, and petitioner seeks to add seven new claims challenging this same conviction.  He

4   asserts that such amendment is "necessary to clarify the totality of his claims" regarding the 2009

5   conviction.  It is not clear why petitioner failed to include these claims in the First Amended

6   Petition.  The court does not find that justice requires leave to amend in these circumstances and

7   will deny petitioner's motion to amend.  This case will proceed on the First Amended Petition.

8        Accordingly, IT IS HEREBY ORDERED THAT petitioner's January 3, 2012

9   motion to amend (Dkt. No. 27) is denied.

10  Dated: April 3, 2012

11  _____

12  CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

13

14
    2
15  gard0469.amend

16

17

18

19

20

21

22

23

24

25

26